UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODRICK YBANEZ, an individual,<br><br>          Plaintiff,<br><br>v.<br><br>DEVILLE ASSET MANAGEMENT, LTD.,<br><br>          Defendant. | Case No.: 17cv679 JM (BLM)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

  On April 4, 2017, Plaintiff Rodrick Ybanez filed a complaint against Defendant Deville Asset Management in this court. Three days later, Plaintiff notified the court that the complaint was meant to be filed in the Central District of California, but was inadvertently filed in this district instead. (Doc. No. 3.) Plaintiff requested, on an ex parte basis and without service on Defendant, that the court transfer the case to the Central District.

  The court declines to transfer venue in that manner. Under 28 U.S.C. § 1406(a), the "district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." Here, it is not "in the interest of justice" to transfer this case. It appears that Plaintiff has yet to serve the complaint and

summons.  Thus, transferring the case at this stage, in response to Plaintiff's ex parte request, would result in Defendant receiving a summons from the wrong court, simply because of Plaintiff's carelessness in filing.  Consequently, the court instead dismisses this action, without prejudice, so that Plaintiff may refile it in the appropriate district.

    IT IS SO ORDERED.

DATED: April 11, 2017

_____
JEFFREY T. MILLER
United States District Judge